SLATE *against* POST.

THE declaration, in this case, contained two counts; one on a
promissory note, and the other for money lent, &c.   There was a
demurrer to the second count.   There was no *venue* or place laid
or mentioned in the body of the declaration, except in the margin
of the first count.

*Where no venue is laid in the body of the declaration, the venue in the margin is sufficient.*

*Per Curiam*.   Where no *venue* is laid in the body of the de-
claration, reference must be made to the *venue* in the margin, and
that is sufficient.   (*Barnes*, 483.   3 *Term Rep*. 387.   *Tidd's K.
B. Pr*. 375.   3 *Wils*. 339.   1 *Chitty's Plead*. 279.) The plaintiff
is entitled to judgment.